STATE OF CONNECTICUT *v.* DAVID GRENIER

The defendant's petition for certification for appeal from the Appellate Court, 55 Conn. App. 630 (AC 18211), is granted, limited to the following issue:

"Whether the Appellate Court incorrectly determined that the improperly admitted expert testimony regarding the ultimate issue in the case was harmless error?"

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16248.

*Moira L. Buckley,* in support of the petition.

Decided February 16, 2000

SKW REAL ESTATE LIMITED PARTNERSHIP *v.* MITSUBISHI MOTOR SALES OF AMERICA, INC.

The defendant's petition for certification for appeal from the Appellate Court, 56 Conn. App. 1 (AC 17397), is denied.

*Allan B. Taylor,* in support of the petition.

*Linda L. Morkan,* in opposition.

Decided February 16, 2000

JANE KRUPIEN *v.* PRYIA RAI

The defendant's petition for certification for appeal from the Appellate Court, 56 Conn. App. 247 (AC 18305), is denied.